■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY JOHNSON, Appellant. [673 NYS2d 962] —Judgment unanimously affirmed. Memorandum: Defendant's conviction of

murder in the second degree (Penal Law § 125.25 [2] [depraved indifference murder]) is supported by legally sufficient evidence and is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). Contrary to defendant's contention, County Court properly instructed the jury that defendant could not be convicted of depraved indifference murder without proof beyond a reasonable doubt that defendant acted with the mental culpability required for the commission of that crime (*see*, Penal Law § 20.00). The court did not abuse its discretion in admitting into evidence an audiotape of a conversation between defendant and another witness upon determining that the audiotape was sufficiently audible (*see, People v Ryan*, 121 AD2d 34, 64-65, *cert denied* 481 US 1059, *vacated on other grounds* 134 AD2d 300). Finally, defendant's sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Egan, J.—Murder, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.